| | |
|---|---|
| PAUL ALSTON | 1126 |
| JASON H. KIM | 7128 |

ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com
jkim@ahfi.com

HAWAI'I DISABILITY RIGHTS CENTER

| | |
|---|---|
| JOHN P. DELLERA | 6602 |
| MATTHEW C. BASSETT | 6443 |

900 Fort Street, Suite 1040
Honolulu, Hawai'i 96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail:  john@hawaiidisabilityrights.org
mattbassettesq@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., B.P., through her parent M.P., and C.B., through his parent N.B., for themselves and on behalf of a class of those similarly situated, and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>                             Plaintiffs,<br><br>            vs.<br><br>DEPARTMENT OF EDUCATION, | CIVIL NO. CV10 00436 KSC (Other Civil Action)<br><br>**PLAINTIFFS R.P.-K. AND R.T.D.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;** MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF WORD COUNT; DECLARATION OF JOHN P. DELLERA; EXHIBITS A-J; DECLARATION OF C. K.; EXHIBITS 1-4; DECLARATION OF R.D.; EXHIBITS 1-5; CERTIFICATE OF SERVICE |

748073 / 9966-1

State of Hawaiʻi,

                Defendant.

## PLAINTIFFS R.P.-K. AND R.T.D.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs R.P.-K. and R.T.D., through their attorneys John P. Dellera and Matthew C. Basset of the Hawaiʻi Disability Rights Center and Paul Alston and Jason H. Kim of Alston Hunt Floyd & Ing, hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for: (1) a temporary restraining order prohibiting Defendant Department of Education ("DOE") from ceasing to provide educational and related services to R.P.-K. and R.T.D. until this Court can decide whether Plaintiffs are entitled to a preliminary injunction; and (2) a preliminary injunction requiring the DOE to continue to provide educational and related services to R.P.-K. and R.T.D. until the conclusion of the instant appeal. The attached Declaration of John P. Dellera is submitted pursuant to Local Rule 10.2(g) to explain why this motion was not filed contemporaneously with the Complaint.

If the motion for a temporary restraining order is not granted, the DOE will cease offering R.P.-K. and R.T.D. educational and related services as of **July 30, 2010**.

748073
    2

This motion is based upon the attached memorandum, declarations, and exhibits and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawai'i, July 30, 2010.

/s/ Jason H. Kim
JOHN P. DELLERA
MATTHEW C. BASSETT
PAUL ALSTON
JASON H. KIM
Attorneys for Plaintiffs