PAUL ALSTON 1126
JASON H. KIM 7128
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com
         jkim@ahfi.com

JOHN P. DELLERA 6602
MATTHEW C. BASSETT 6443
HAWAI‘I DISABILITY RIGHTS CENTER
900 Fort Street, Suite 1040
Honolulu, Hawai‘i 96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail:  john@hawaiidisabilityrights.org
         mattbassettesq@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., B.P., through her parent M.P., and C.B., through his parent N.B., for themselves and on behalf of a class of those similarly situated, and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, | CIVIL NO. CV10 00436 DAE-KSC (Other Civil Action)<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;** MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF WORD COUNT; DECLARATION OF PAUL ALSTON; DECLARATION OF JOHN DELLERA; EXHIBITS "A"-"J"; DECLARATION OF C.K; EXHIBITS "1" – "4"; DECLARATION OF R.D.; EXHIBITS "1" – "5"; DECLARATION OF M.P.; DECLARATION OF N.B.; |

752431v1/9966-1

| | |
|---|---|
| State of Hawaiʻi,<br><br>             Defendants. | EXHIBITS "1" – "4"; CERTIFICATE OF SERVICE |

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., B.P., through her parent M.P., and C.B., through his parent N.B., for themselves and on behalf of a class of those similarly situated, and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated, move for an order certifying the following class for injunctive, declaratory, and ancillary relief under Federal Rules of Civil Procedure Rule 23(b)(2):

> The Class:  All individuals residing in the State of Hawai`i who over the age of 20 on or before the first instructional day of the school year (or who will imminently be over the age of 20 on that date) but under the age of 22 who are entitled to receive special education and related services from Defendant the Hawai`i Department of Education under the Individuals With Disabilities Education Act.

Plaintiffs also request that their counsel be appointed class counsel under Rule 23(g).

This Motion is brought under Rules 7(b) and 23(b)(2) and the Local Rules for the District Court for the District of Hawaiʻi Rule 7.2.  This Motion is supported by the attached Memorandum, the attached declarations and exhibits, the

records and file in this case, and any additional matters that may be presented at or before hearing.

    DATED: Honolulu, Hawai`i, September 24, 2010.

            /s/ Jason H. Kim
            JOHN P. DELLERA
            MATTHEW C. BASSETT
            PAUL ALSTON
            JASON H. KIM
            Attorneys for Plaintiffs