ALSTON HUNT FLOYD & ING
PAUL ALSTON                    1126
JASON H. KIM                   7128
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:     palston@ahfi.com
            jkim@ahfi.com

HAWAIʻI DISABILITY RIGHTS CENTER
JOHN P. DELLERA               6602
MATTHEW C. BASSETT            6443
ROY BENAVIDEZ                 7907
1132 Bishop Street, Suite 2102
Honolulu, Hawaiʻi  96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail:     john@hawaiidisabilityrights.org
            mattbassettesq@gmail.com
            rbenavidez@hawaiidisabilityrights.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., and the HAWAIʻI DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi,<br><br>                    Defendant. | CIVIL NO. 10-00436 DAE-KSC (Class Action)<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT OF MOTION; APPENDICES 1-2; DECLARATION OF JOHN P. DELLERA, EXHIBITS A-H; DECLARATION OF J.K., EXHIBITS I-J; DECLARATION OF N.W., EXHIBITS K-L; DECLARATION OF A.K., EXHIBITS M-N, DECLARATION OF B.C., EXHIBITS O-P;** |


DECLARATION OF S.T., EXHIBITS Q-R; DECLARATION OF L.D., EXHIBITS S-T; DECLARATION OF ROY M. BENAVIDEZ, EXHIBIT U; CERTIFICATE OF SERVICE

061101.11

# PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs, through their undersigned attorneys, hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction requiring the DOE to continue to provide educational and related services until the conclusion of this action to K.K., M.W., A.C.K., K.C., A.D., and M.L. **and to all other members of the Plaintiff class who have qualified for Extended School Year services**.

This motion is based upon the attached memorandum, declarations, and exhibits and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawai'i, June 23, 2011.

    /s/ John P. Dellera
JOHN P. DELLERA
MATTHEW C. BASSETT
ROY BENAVIDEZ
PAUL ALSTON
JASON H. KIM

Attorneys for Plaintiffs

748073

2