PAUL ALSTON                1126
JASON H. KIM               7128
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:    palston@ahfi.com
           jkim@ahfi.com

JOHN P. DELLERA            6602
HAWAI'I DISABILITY RIGHTS CENTER
1132 Bishop Street, Suite 2102
Honolulu, Hawai'i 96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail:    john@hawaiidisabilityrights.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., B.P., through her parent M.P., and C.B., through his parent N.B., for themselves and on behalf of a class of those similarly situated, and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>             Plaintiffs,<br><br>       vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, | CIVIL NO. CV10 00436 DAE-KSC (Other Civil Action)<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT;** MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>TRIAL:   October 25, 2011 |

786227v1/9966-1

Defendants.

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on Count I of their Complaint brought under the Individuals With Disabilities Education Act ("IDEA"). No genuine issues of material fact preclude judgment on this claim and Plaintiffs are entitled to a final judgment permanently enjoining Defendant from failing to provide the members of the Plaintiff Class with a free appropriate public education in accordance with the IDEA until their 22nd birthday.

This motion is brought pursuant to FRCP Rule 56 and is based on the Separate and Concise Statement of Undisputed Facts filed concurrently with this motion, the records and files in this case, and such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawai`i, August 1, 2011.

/s/ Jason H. Kim
JOHN P. DELLERA
PAUL ALSTON
JASON H. KIM
Attorneys for Plaintiffs

786227v1

2