| | |
|---|---|
| PAUL ALSTON | 1126 |
| JASON H. KIM | 7128 |

ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail: palston@ahfi.com
jkim@ahfi.com

JOHN P. DELLERA        6602
HAWAI'I DISABILITY RIGHTS CENTER
1132 Bishop Street, Suite 2102
Honolulu, Hawai'i 96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
E-mail: john@hawaiidisabilityrights.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| R.P.-K., through his parent C.K., R.T.D., through his parents R.D. and M.D., B.P., through her parent M.P., and C.B., through his parent N.B., for themselves and on behalf of a class of those similarly situated, and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>            Plaintiffs,<br><br>       vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, | CIVIL NO. CV10 00436 DAE-KSC (Other Civil Action)<br><br>**PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM; DECLARATION OF JASON H. KIM, EXHIBITS A-F; DECLARATION OF J.K., EXHIBITS I-J; DECLARATION OF N.W., EXHIBITS K-L; DECLARATION OF A.K., EXHIBITS M-N, DECLARATION OF B.C., EXHIBITS O-P; DECLARATION OF S.T., EXHIBITS Q-R; DECLARATION OF  L.D., EXHIBITS S-T;** |

786239v1/9966-1

|  |  |
|---|---|
| Defendants. | **CERTIFICATE OF SERVICE**<br><br>TRIAL:   October 25, 2011 |

## PLAINTIFFS' RENEWED MOTION
## FOR A PRELIMINARY INJUNCTION

Plaintiffs through their undersigned attorneys move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction requiring the DOE to continue to provide educational and related services until the conclusion of this action to K.K., M.W., A.C.K., K.C., A.D., and M.L. *and to all other members of the Plaintiff class who have qualified for Extended School Year services*.

This motion is based upon the attached memorandum, declarations, and exhibits and upon such further evidence and argument as may be presented prior to or during a hearing on this motion.

DATED: Honolulu, Hawai`i, August 1, 2011.

/s/ Jason H. Kim
JOHN P. DELLERA
PAUL ALSTON
JASON H. KIM
Attorneys for Plaintiffs