| | |
|---|---|
| PAUL ALSTON | 1126 |
| KRISTIN L. HOLLAND | 10063 |
| MICHELLE N. COMEAU | 9550 |

ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:  palston@ahfi.com
         kholland@ahfi.com
         mcomeau@ahfi.com

| | |
|---|---|
| LOUIS ERTESCHIK | 5241 |
| MATTHEW C. BASSETT | 6643 |
| JENNIFER V. PATRICIO | 8710 |

HAWAI`I DISABILITY RIGHTS CENTER
1132 Bishop Street, Suite 2102
Honolulu, Hawai`i  96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
Email:   louis@hawaiidisabilityrights.org
         mattbassettesq@gmail.com

JASON H. KIM                         7128
SCHNEIDER WALLACE COTTRELL BRAYTON
  AND KONECKY, LLP
180 Montgomery Street, Suite 2000
San Francisco, California  94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email:  jkim@schneiderwallace.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| E.R.K., by his legal guardian R.K., R.T.D., through his parents R.D. and M.D.; HAWAI`I DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>            Plaintiffs, | Case No. 10-00436 SOM-KSC<br><br>**PLAINTIFFS' INTERIM MOTION FOR ATTORNEYS' FEES;** MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PAUL ALSTON; EXHIBITS 1 – 6; DECLARATION OF JENNIFER |

946737v1/9966-1

|  |  |
|---|---|
| vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`i,<br><br>Defendant. | PATRICIO; DECLARATION OF LOUIS ERTESCHIK; DECLARATION OF MATTHEW C. BASSETT; EXHIBITS 7 – 8; CERTIFICATE OF SERVICE |

**PLAINTIFFS' INTERIM MOTION FOR ATTORNEYS' FEES**

Plaintiffs E.R.K., by his legal guardian R.K., R.T.D., through his parents R.D. and M.D., each individually and on behalf of all those persons similarly situated, and HAWAI`I DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated (collectively, "Plaintiffs"), by and through their attorneys, Alston Hunt Floyd & Ing ("AHFI") and Hawai`i Disability Rights Center ("HDRC"), respectfully move this Court for an order against Defendant Department of Education, State of Hawai`i ("Defendant" or "DOE") awarding Plaintiffs **$234,849.20** ($221,215.10 to AHFI and $13,734.10 to HDRC). These fees were reasonably and necessarily incurred in prevailing in this action through entry of this Court's order granting compensatory education to the Class (August 22, 2014).  This motion does <u>not</u> relate to work performed after that date and

Plaintiffs reserve their right to seek fees for that work at a later date.

This Motion is brought pursuant to Rules 7, 23, and 54 of the Federal Rules of Civil Procedure, L.R. 7.2 and L.R. 54.3 of the Local Rules of the United States District Court for the District of Hawaii, and 20 U.S.C. § 1415(i)(3)(B).  This Motion is based upon the attached memorandum in support, the declarations and exhibits attached hereto, the files and records herein, and such further and additional matters as may be presented prior to and at the hearing on this Motion, all of which are incorporated herein by this reference.

DATED: Honolulu, Hawai`i, November 20, 2015.

    /s/ Kristin L. Holland
PAUL ALSTON
KRISTIN L. HOLLAND
MICHELLE N. COMEAU
Attorneys for Plaintiffs