IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| R.P.-K., through his parents C.K.; R.T.D., through his parents R.D. and M.D.; and the HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　Defendant.<br>_____ | ) CIVIL NO. 10-00436 SOM-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION TO DENY<br>) WITHOUT PREJUDICE<br>) PLAINTIFFS' INTERIM MOTION<br>) FOR ATTORNEYS' FEES<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE
PLAINTIFFS' INTERIM MOTION FOR ATTORNEYS' FEES

　　　Before the Court is Plaintiffs' Interim Motion for Attorneys' Fees, filed November 20, 2015.  On December 4, 2015, Plaintiffs filed a Statement of Consultation.  Defendant filed an Opposition on December 18, 2015, and Plaintiffs filed a Reply on January 7, 2016.  Given that this action is still pending, and Plaintiffs will unquestionably file a subsequent motion for fees, the Court finds that

judicial economy and the administration of justice will be served by addressing Plaintiffs' fee request at the conclusion of this action, or after meaningful progress has been made towards resolution or for the delivery of agreed-upon services to class members.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, January 11, 2016.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 10-00436 SOM-KSC; R.P.-K., et al. v. DEPARTMENT OF EDUCATION; FINDINGS AND RECOMMENDATION TO DENY WITHOUT PREJUDICE PLAINTIFFS' INTERIM MOTION FOR ATTORNEYS' FEES