IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| E.R.K., by his legal guardian R.K., R.T.D., through his parents R.D. and M.D.; HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi,<br><br>                    Defendant. | CIV. NO. 10-00436 SOM-RT<br><br><br>FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART SETTLEMENT ADMINISTRATOR'S MOTION FOR ADDITIONAL ADMINISTRATION FUNDS |

FINDINGS AND RECOMMENDATION TO GRANT IN PART
AND DENY IN PART SETTLEMENT ADMINISTRATOR'S
MOTION FOR ADDITIONAL ADMINISTRATION FUNDS

Before the Court is the Settlement Administrator's Motion for Additional

Administration Funds ("Motion"), filed on September 9, 2020.  ECF No. 603.  The

Motion requests additional funding in the amount of $537,100.00 for the administration

of the Services Fund created under the 2017 Settlement Agreement (ECF No. 486-1) in

this case.  On September 16, 2020, a telephone conference was held regarding the

Motion, and the parties were given a briefing schedule to respond and reply.  ECF No.

606.  Defendant Department of Education, State of Hawaiʻi, ("Defendant DOE") timely

filed its Response on October 7, 2020.  ECF No. 607.  The Settlement Administrator

timely filed his Reply on October 15, 2020.  ECF No. 608.  After careful consideration of

the parties' submissions, the Court elects to decide the Motion without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

In the Motion, the Settlement Administrator explains: (1) the need for the proposed additional funds; (2) that any administrative expenses are subject to approval by the Settlement Administrator; and (3) that the Motion only seeks the availability of funds for administrative expenses and does not seek pre-approval or a determination of reasonableness of the requested amount.  In support, the Motion provides generalized reasons for the requested amount, including how the disbursement of funds is highly labor intensive; the delays caused by Defendant DOE's objections; the challenges due to COVID-19; and an overview of the staffing required.  The Motion, however, does not explain how the requested amount was estimated/calculated.  For example, the Motion estimates $30,000.00 for private investigators and publicity costs, but does not state how that figure was calculated.  The Motion does not explain what portion of that money would pay for private investigators versus publicity costs, what rate is being paid to the private investigators, and whether such costs are reasonable given the remaining time to locate additional ECMs.

Defendant DOE objects to the Motion and seeks more information or data substantiating the request for $537,100.00.  The Court agrees.  While the Settlement Administrator is duly authorized to exercise his discretion to secure those services and resources necessary to administer the settlement fund, when a request for additional administrative funds is made, the Court is duty-bound to ensure that such requests are

2

appropriately supported.  In order to allow the processing of disbursement requests to continue without interruption, Defendant DOE does not object to the approval of additional funds in the amount of $162,571.00.  The Court agrees that the approval of additional funds in the amount of $162,571.00 is appropriate.  There is no dispute that at least this amount has been and will be reasonably incurred for administrative expenses.

The Court therefore recommends that the district court GRANT IN PART and DENY IN PART the Motion the Settlement Administrator's request for an additional $537,100.00 in funding.  In an effort to expedite the availability of funds and to avoid disruptions, the Court RECOMMENDS the Motion be GRANTED IN PART in that $162,571.00 be made available for administrative expenses and DENIED IN PART, without prejudice, as to the remaining amount of $374,529.00.  In the future, any request for additional funds must be adequately supported with information as to how the requested amount was estimated or calculated.

Accordingly, the hearing on the Motion for Additional Administration Funds set for November 5, 2020 at 9:30 a.m. (ECF No. 604) is VACATED.

//

//

//

//

//

//

//

3

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, October 22, 2020.



       /s/ Rom A. Trader          
Rom A. Trader
United States Magistrate Judge

_____
Civ. No. 10-00436 SOM-RT; *E.R.K., et al. v. Department of Education, State of Hawaiʻi*;
Findings and Recommendation to Grant in Part and Deny in Part Settlement Administrator's
Motion for Additional Funds