IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| E.R.K., by his legal guardian R.K., R.T.D., through his parents R.D. and M.D.; HAWAII DISABILITY RIGHTS CENTER, in a representative capacity on behalf of its clients and all others similarly situated,<br><br>          Plaintiff(s),<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>          Defendant(s).<br>_____ | CIVIL NO. 10-00436 SOM-RT |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART SETTLEMENT ADMINISTRATOR'S MOTION FOR ADDITIONAL ADMINISTRATION FUNDS

Findings and Recommendation having been filed and served on all parties on October 22, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Grant In Part and Deny In Part Settlement Administrator's Motion for Additional Administration Funds" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge